No: GD-14-019772
No: GD-14-021252

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| SUSAN KERNICK, ADMINISTRATRIX OF THE ESTATE OF GARY BETO, DECEASED,<br><div align="right">Plaintiff,</div><br><div align="center">vs.</div><br>NORTH BRADDOCK BOROUGH; EAST PITTSBURGH BOROUGH; BRADDOCK BOROUGH; ALLEGHENY COUNTY EMERGENCY SERVICES; ALLEGHENY COUNTY HOUSING AUTHORITY; CARL RECH; individually and/or as an officer of Braddock Borough, and ADAM QUINN, individually and/or as an officer of North Braddock Borough,<br><div align="right">Defendants.</div><br>————————————<br>SUSAN KERNICK, ADMINISTRATRIX OF THE ESTATE OF GARY BETO, DECEASED,<br><div align="right">Plaintiff,</div><br><div align="center">vs.</div><br>NORTH BRADDOCK BOROUGH POLICE DEPARTMENT; EAST PITTSBURGH BOROUGH POLICE DEPARTMENT; BRADDOCK BOROUGH POLICE DEPARTMENT; and ALLEGHENY COUNTY HOUSING POLICE DEPARTMENT,<br><div align="right">Defendants.</div> | **CIVIL DIVISION**<br><br>**No: GD-14-019772**<br>**No: GD-14-021252**<br><br>**NOTICE OF FILING OF JOINT PETITION FOR REMOVAL**<br><br>**FILED ON BEHALF OF:**<br>EAST PITTSBURGH BOROUGH AND EAST PITTSBURGH BOROUGH POLICE DEPARTMENT, ONLY<br><br>**COUNSEL OF RECORD FOR THIS PARTY:**<br><br>Paul D. Krepps, Esquire<br>PA ID #73038<br>pdkrepps@mdwcg.com<br><br>Estelle K. McGrath, Esquire<br>PA ID #87799<br>ekmcgrath@mdwcg.com<br><br>**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**<br>Firm ID #309<br><br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140<br>(412) 803-1188 Fax<br><br>**JURY TRIAL DEMANDED** |



No: GD-14-019772
No: GD-14-021252

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| SUSAN KERNICK, ADMINISTRATRIX OF THE ESTATE OF GARY BETO, DECEASED,<br><br>                                   Plaintiff,<br><br>          vs.<br><br>NORTH BRADDOCK BOROUGH; EAST PITTSBURGH BOROUGH; BRADDOCK BOROUGH; ALLEGHENY COUNTY EMERGENCY SERVICES; ALLEGHENY COUNTY HOUSING AUTHORITY; CARL RECH; individually and/or as an officer of Braddock Borough, and ADAM QUINN, individually and/or as an officer of North Braddock Borough,<br><br>                                   Defendants. | **CIVIL DIVISION**<br><br>**No:  GD-14-019772**<br>**No:  GD-14-021252** |

_____

| | |
|---|---|
| SUSAN KERNICK, ADMINISTRATRIX OF THE ESTATE OF GARY BETO, DECEASED,<br><br>                                   Plaintiff,<br><br>          vs.<br><br>NORTH BRADDOCK BOROUGH POLICE DEPARTMENT; EAST PITTSBURGH BOROUGH POLICE DEPARTMENT; BRADDOCK BOROUGH POLICE DEPARTMENT; and ALLEGHENY COUNTY HOUSING POLICE DEPARTMENT,<br><br>                                   Defendants. | |

## NOTICE OF FILING OF JOINT PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §1446, you are hereby notified that the Defendants, **EAST PITTSBURGH BOROUGH AND EAST PITTSBURGH BOROUGH POLICE DEPARTMENT, ONLY,** in the above-captioned action have on this date filed a Joint Petition

1

No:  GD-14-019772
No:  GD-14-021252

for Removal of this action from the Court of Common Pleas of Allegheny County, Pennsylvania,

to the United States District Court for the Western District of Pennsylvania.  A copy of the Joint

Petition for Removal is attached as Exhibit "A".

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

By:     *s/ Paul D. Krepps*
PAUL D. KREPPS, ESQUIRE
ESTELLE K. McGRATH, ESQUIRE
**Counsel for Defendants, East Pittsburgh
Borough and East Pittsburgh Borough Police
Department**

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all counsel listed below a true and correct copy of the within *NOTICE OF FILING OF JOINT PETITION FOR REMOVAL* in the above-captioned matter this 21st day of January, 2015, by U.S. First Class mail, postage pre-paid, upon the following:

Walter J. Nalducci, Esquire
Julianne Cutruzzula Beil, Esquire
Cutruzzula & Nalducci
3300 Grant Building
310 Grant Street
Pittsburgh, PA 15219
*(Counsel for Plaintiff)*

Lee Dellecker, Esquire
Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
*(Counsel for Allegheny County Emergency Services)*

Bethann R. Lloyd, Esquire
Grogan Graffam, P.C.
Four Gateway Center, 12th Floor
Pittsburgh, PA 15222
*(Counsel for Defendant Allegheny County Housing Authority and Allegheny County Housing Authority Police Department)*

Samuel H. Foreman, Esquire
Matthew R. Zwick, Esquire
Weber Gallagher Simpson Stapleton Fires & Newby, LLP
Two Gateway Center, Suite 1450
Pittsburgh, PA 15222
*(Counsel for North Braddock Borough, Officer Adam Quinn and North Braddock Police Department)*

Frank J. Lavery, Jr., Esquire
Joshua M. Autry, Esquire
Lavery Faherty
225 Market Street, Suite 304
Harrisburg, PA 17101
*(Counsel for Braddock Borough, Officer Carl Rech and Braddock Borough Police Department)*

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By:   *s/ Paul D. Krepps*
PAUL D. KREPPS, ESQUIRE
ESTELLE K. McGRATH, ESQUIRE
**Counsel for Defendants, East Pittsburgh Borough and East Pittsburgh Borough Police Department**

12/2313204.v1